| | |
|---|---|
| 1 | Your Name: **MALIK M JUSTIN** |
| 2 | Address: **481 Minna ST #301** |
| 3 | Phone Number: **SF, CA, 94103** |
| 4 | Fax Number: |
| 5 | E-mail Address: |
| 6 | Pro Se Plaintiff |

**FILED**

APR 24 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

**CV25-3594**

11  **MALIK M JUSTIN**          Case Number    [leave blank]

12          Plaintiff,                                    **KAW**

13          v.                                **COMPLAINT**

14  **Distro Kid**

15          Defendant.          DEMAND FOR JURY TRIAL

16                              Yes ☐    No ☐

17

18  **I.    PARTIES**

19  1.  Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

20      Name:    **MALIK M Justin**

21      Address:    **481 Minna ST #301**

22      Telephone:    **SF, CA 94103**

23

24  2.  Defendants. [Write each defendant's full name, address, and phone number.]

25      Defendant 1:

26      Name:

27      Address:

28      Telephone:

1  Defendant 2:

2  Name:  ~~Distrokid 34 3rd Ave~~

3  Address:  ~~#183 NEW York NY 10003~~

4  Telephone: _____

5  Defendant 3:

6  Name: _____

7  Address: _____

8  Telephone: _____

9

10  **II.    JURISDICTION**

11  Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases

12  involving "diversity of citizenship." Check at least one box.

13  3.  My case belongs in federal court

14     ☐ under <u>federal question jurisdiction</u> because it involves a federal law or right.

15        Which federal law or right is involved?

16

17  ☑ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the

18  defendants <u>and</u> the amount of damages is more than $75,000.

19

20  **III.    VENUE**

21  The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino,

22  Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the

23  venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check

24  the box for each venue option that applies.

25  4.  Venue is appropriate in this Court because:

26     ☐ a substantial part of the events I am suing about happened in this district.

27     ☐ a substantial part of the property I am suing about is located in this district.

28     ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

1  I live in this district.

2  ☐ at least one defendant is located in this District and any other defendants are located in California.

3

4  **IV.    INTRADISTRICT ASSIGNMENT**

5  This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

6  First write in the county in which the events you are suing about happened, and then match it to the correct

7  division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

8  San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

9  Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

10  counties, only if all parties consent to a magistrate judge.

11  1. Because this lawsuit arose in ____SAN Francisco____ County, it should be assigned to the

12  ____SAN Francisco____ Division of this Court.

13

14  **V.    STATEMENT OF FACTS**

15  Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events

16  happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph,

17  starting with paragraph number 6. Use more pages as needed.

18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 VI.    **CLAIMS**

2                                                **First Claim**

3 Name the law or right violated:          USC 35-271

4

5 Name the defendants who violated it:

6

7 Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You

8 do not need to make legal arguments. You can refer to your statement of facts.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**_____ Claim**

2  Name the law or right violated:

3  _____

4  Name the defendants who violated it:

5  _____

6  _____

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____

26 _____

27 _____

28 _____

1

**VII.    DEMAND FOR RELIEF**

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**VIII.    DEMAND FOR JURY TRIAL**

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 04-23-25                Sign Name: _____

Print Name: _____

Copy this page and insert it where you need additional space.