UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRO KID,<br><br>        Defendant. | Case No. 25-cv-03594-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 6 |

On April 24, 2025, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On May 22, 2025, the Court granted Plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Dkt. No. 6 at 3.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by June 23, 2025. (*Id.* at 2-3.) The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. (*Id.*) To date, Plaintiff has not filed an amended complaint.

Accordingly, the Court ORDERS Plaintiff to show cause, by **July 29, 2025**, why the case should not be dismissed for failure to prosecute, and why he did not timely file the amended complaint. Additionally, Plaintiff shall file the amended complaint. Failure to respond to the order to show cause and file the amended complaint by the deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment.

Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: https://cand.uscourts.gov/pro-se-litigants/.

IT IS SO ORDERED.

Dated: July 7, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge